UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
November 14, 2019
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

GEONGKA MOUA

Defendant.

Case No. 2:19-mj-00197-KJN

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release GEONGKA MOUA Case No. 2:19-mj-00197-KJN Charges 21 USC § 846, 841(a)(1) from custody for the following reasons:

\_\_\_\_\_ Release on Personal Recognizance

\_\_\_\_\_ Bail Posted in the Sum of $ \_\_\_\_\_

X  Unsecured Appearance Bond $ 25,000 co-signed by ~~Kame~~ Kane Yaj

\_\_\_\_\_ Appearance Bond with 10% Deposit

\_\_\_\_\_ Appearance Bond with Surety

\_\_\_\_\_ Corporate Surety Bail Bond

X  (Other): Pretrial Supervision conditions as stated on the record in open court.

Issued at Sacramento, California on November 14, 2019 at 2:00 PM

By: /s/ Kendall J. Newman

Magistrate Judge Kendall J. Newman