| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, SBN #122664 |
| | Federal Defender |
| 2 | HANNAH R. LABAREE, #294338 |
| | Assistant Federal Defenders |
| 3 | Designated Counsel for Service |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, CA 95814 |
| | Telephone: (916) 498-5700 |
| 5 | Fax: (916) 498-5710 |
| 6 | Attorneys for Defendant |
| | GEONGKA MOUA |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:19-mj-00197 KJN |
| | ) | |
| Plaintiff, | ) | **MOTION FOR AN ORDER DIRECTING** |
| | ) | **THE U.S. MARSHALS TO PAY FOR** |
| vs. | ) | **DEFENDANT GEONGKA MOUA'S** |
| | ) | **TRANSPORTATION TO MILWAUKEE,** |
| GEONGKA MOUA, | ) | **WISCONSIN** |
| | ) | |
| Defendant. | ) | Judge: Carolyn K. Delaney |
| | ) | |

Defendant Geongka Moua, by and through her attorney of record, Assistant Federal Defenders Hannah Labaree, hereby moves this Court for an order pursuant to 18 U.S.C. § 4285 directing the United States Marshals Service to arrange for his means of noncustodial transportation from his residence in Sacramento, California, to Milwaukee, Wisconsin, in the state and Eastern District of California, where his appearance is required for an Initial Appearance set before the Honorable Magistrate Judge Nancy Joseph in the Eastern District of Wisconsin s Court, on December 2, 2019, at 10:00 A.M.

Section 4285 provides that any federal judge or magistrate judge, upon a condition that a released person appear before "any court of the United States in another judicial district in which criminal proceedings are pending, may…direct the United States marshal to arrange for that person's means of noncustodial transportation or furnish the fare for such transportation to the

-1-

place where [her] appearance is required. . . ." To issue such an order, the judge should be "satisfied, after appropriate inquiry, that the defendant is financially unable to provide the necessary transportation to appear before the required court on his own" and that the interests of justice would be served by granting such request. *Id.* In this instance, the Court

Mr. Moua has been charged by Complaint with a violation of 21 U.S.C. § 846 (Conspiracy to Possess with Intent to Distribute a Controlled Substance), and a violation of 21 U.S.C. § 841(a)(1) (Distribution of and Possession with Intent to Distribute a Controlled Substance). See CR 1 at Docket 2:19-mj-00936-NJ. On November 14, 2019, Mr. Moua made his initial appearance in the Eastern District of California. He was ordered released on an unsecured bond in the amount of $25,000, co-signed by his cousin, Kane Yaj, and his sister, and his sister, Julie Tcha. The court also ordered that Ms. Tcha act as Mr. Moua's third party custodian. See CR 3. At that time, he was ordered to appear in front of Magistrate Judge Nancy Joseph in the Eastern District of Wisconsin at 10:00 A.M. on November 27 for his initial appearance in that district. That date has since been re-scheduled to December 2, 2019, at 10:00 A.M. See 2:19-mj-00936-NJ, Magistrate Court in the Eastern District of Wisconsin (Notice of Hearing).

Mr. Moua was born and raised in the Eastern District of California, and has lived in Sacramento for the past four years. He has lived with his cousin, Kane Yaj (also the co-signer on his bond) for all of those years. Because he does not live in the Eastern District of Wisconsin, where he has been ordered to appear, he will be required to travel to that district for the court appearance. He will need to arrive in Milwaukee the night prior to his scheduled appearance, as his appearance is set at an hour by which it would be impossible for Mr. Moua to arrive if he were to leave on the day of the hearing. For that reason, he will also have to find lodging for the night prior to the hearing.

Mr. Moua is currently working at L & C Automotive Service in South Sacramento. He earns $13/hour, and works approximately 20 hours/week. He is unmarried. His monthly rent is $500. He pays about $80 in gas per month. His phone bill amounts to $50 per month. He

receives food stamps (EBT). He pays $90 in car insurance per month. As of the time of this filing he has no savings, but has about $200 in his checking account.

As of the date of this filing, a flight from the Sacramento airport to the Milwaukee airport on December 1, 2019, at $459[1]. A return flight on December 2, 2019 is $124 – but that flight involves over 27 hours of travelling based on a significant layover in Las Vegas. The next most expensive flight on that date is $346 (for just over 6 hours of travel). The cheapest lodging option[2] for Milwaukee is priced at around $100 per night for the least expensive options, and a bit higher than that (starting at $134) for options located near the federal district court.

By statute the Marshals only pay for transportation; they do not provide lodging, nor will they pay for subsistence upon the defendant's arrival in the destination district. It is in this context that the Court should evaluate Mr. Moua's ability to financially provide the necessary transportation to get to the district. Because he is out-of-custody and out-of-district, he bears the financial burden to provide lodging and subsistence during his trip to Milwaukee. As noted above, because of the time of the hearing on December 3, at 10:00 A.M., Mr. Moua will have no choice but to fly out the day before and pay for lodging and food during that night and the morning of the hearing. Because Mr. Moua will have to cover two flights and lodging and subsistence, the trip is not affordable. His financial state is such that he cannot afford to pay for all three. He certainly cannot afford to finance a trip to the Eastern District of Wisconsin when considering these costs in conjunction with his other monthly expenses. Accordingly, Mr. Moua respectfully requests this Court to grant his motion for transportation costs.

                                              Respectfully submitted,

                                              HEATHER E. WILLIAMS
                                              Federal Defender

Date: November 21, 2019                 */s/ Hannah Labaree*
                                              HANNAH LABAREE
                                              Assistant Federal Defender
                                              Attorneys for Defendant
                                              GEONGKA MOUA

---

[1] Counsel for the defense relied on the website www.skyscanner.com to conduct the search. Skyscanner searches across numerous airlines to identify the cheapest flights available.

[2] Counsel for the defense utilized www.hotels.com to identify lodging.

**ORDER**

The Court has received Defendant Geongka Moua's ("Defendant") motion for an order directing the United States Marshals to pay for his transportation costs to the Milwaukee Division of the Eastern District of Wisconsin, where his appearance is required for an Initial Appareance. The motion was made pursuant to 18 U.S.C. § 4285. The Court has reviewed the motion and hereby finds that the defendant is financially unable to provide the necessary transportation to appear before the Court on his own, and that the interests of justice would be served by granting the request. The Court GRANTS the defendant's motion and hereby directs the U.S. Marshal to arrange for the defendant's means of noncustodial transportation from Sacramento, California, for his required appearance at the December 2, 2019 Initial Appearance before the Eastern District of Wisconsin. IT IS SO ORDERED.

Dated: November 22, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE